# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

138409

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MAPLEWOOD PROPERTIES, L.L.C. and
4145 PROPERTIES, L.L.C.,
        Plaintiffs-Appellants,

v

                                              SC: 138409
                                              COA: 280467
                                              Oakland CC: 2007-079901-CZ

LONG LAKE MARKET, INC. and FRANCIS H.
PHELPS,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the November 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

s0701